BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JENNIFER A. NEILL
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 327-6749
  Fax: (916) 324-5205

Attorneys for Defendants Runnels and Cole
SA2003104186

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD P. FOSTER,** | CIV S-03-1113 DFL JFM P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. L. RUNNELS, et al.,** | |
| Defendants. | |

Defendants have filed a request to file late responses to certain interrogatories defendants were directed to respond to in this court's March 17, 2005 order. Defendants state they are serving plaintiff with their respective responses to the subject interrogatories concurrently with their request filed April 13, 2005. Good cause appearing, the request will be granted.

**IT IS HEREBY ORDERED** that:

/////

1

1.   Defendants' April 13, 2005 request to file late responses to interrogatories as required by this court's March 17, 2005 order is granted; and

2.   Defendants' answers, served April 13, 2005, are deemed timely submitted.

Dated:  April 21, 2005.

_____
UNITED STATES MAGISTRATE JUDGE