BILL LOCKYER
Attorney General of the State of California
ROBERT R. ANDERSON
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
MONICA N. ANDERSON
Supervising Deputy Attorney General
SANDRA L. LUSICH, State Bar No. 195995
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-6749
 Fax: (916) 324-5205

Attorneys for Defendants Runnels and Cole
SA2003104186

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **RONALD P. FOSTER,**<br><br>Plaintiff,<br><br>v.<br><br>**D. L. RUNNELS, et al.,**<br><br>Defendants. | CIV S-03-1113 DFL JFM P<br><br>**ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

Defendants' first request for an extension of time to file and serve their motion for summary judgment was considered by this Court, and good cause appearing,

IT IS HEREBY ORDERED that Defendants have 45 days to file and serve their motion for summary judgment, up to and including June 30, 2005.

DATED: May 18, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

fost1113.ext2.wpd