IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

    Plaintiff,                    No. CIV S-03-1113 DFL JFM P

  vs.

D.C. RUNNELS, et al.,

    Defendants.             ORDER

                              /

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 14, 2005, plaintiff filed a motion for protective order in an attempt to enforce this court's December 15, 2004 order.  Plaintiff contends D. Jackson's January 13, 2005 response to this court's December 14, 2004 order is suspect because plaintiff claims Officer Cole was reprimanded for the instant offense against plaintiff. Plaintiff contends D. Jackson, litigation coordinator at High Desert State Prison, has a conflict of interest with plaintiff in that plaintiff has sued D. Jackson in CIV S-03-1193 WBS JFM P.[1]  In that action, plaintiff contends Jackson refused to process plaintiff's appeals in an attempt to prevent plaintiff from addressing adverse conditions against him.

---

[1] A court may take judicial notice of court records.  See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

On April 13, 2005, defendants filed a response to plaintiff's motion for protective order. Defendants disagreed with plaintiff's characterization of the facts. However, defendants accommodated plaintiff's request and asked the current Litigation Coordinator, Dennis Gunter, to review prison records and provide the documents required under the December 15, 2004 order. Counsel appended a declaration by Mr. Gunter declaring he has reviewed the relevant prison records and no past written complaints against Officer Cole concerning denial of food as a disciplinary measure during July and August 2001, October 2002 and January 2003 exist. Mr. Gunter also reviewed Officer Cole's personnel file and declared that no written reprimands for the denial of food to inmates as a disciplinary measure during 2001, 2002 and 2003 exist.

Accordingly, IT IS ORDERED that plaintiff's February 14, 2005 motion for protective order is denied as moot.

DATED: July 14, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001; fost1113.po