IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

    Plaintiff,                       No. CIV S-03-1113 DFL JFM P

    vs.

D.C. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 25, 2005, plaintiff filed a request for relief from filing his pretrial statement based on defendants' pending motion for summary judgment. Plaintiff also requests that the dates for pretrial conference, and trial be vacated subject to being reset, if necessary, following orders on defendants' motion for summary judgment. Good cause appearing, plaintiff's request will be granted. These dates will be reset, if necessary, following orders on defendants' motion for summary judgment

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's August 25, 2005 request is granted;

/////

1

2. The dates set for the filing of pretrial statements, set in the scheduling order filed March 17, 2005, are vacated subject to being reset, if necessary, following orders on defendants' motion for summary judgment;

3. The September 16, 2005 pretrial conference date and the December 12, 2005 jury trial date are vacated.

DATED: August 29, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

001; fost1113.vac