IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

    Plaintiff,                     No. CIV S-03-1113 DFL JFM P

    vs.

D.C. RUNNELS, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 5, 2006, plaintiff filed a document which he styled a motion for summary judgment. However, on March 29, 2006 the district court granted defendants' motion for summary judgment and directed that judgment be entered in favor of defendants. Plaintiff's April 5, 2006 filing does not appear to be a notice of appeal. Plaintiff is cautioned that he has a limited amount of time in which to appeal the judgment. Rule 4, Federal Rules of Appellate Procedure.

        Accordingly, IT IS ORDERED that plaintiff's April 5, 2006 motion is denied.

DATED: April 6, 2006.

UNITED STATES MAGISTRATE JUDGE

001; fost1113.den