UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF

| | |
|---|---|
| RONALD P. FOSTER,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>D. L. RUNNELS,<br><br>    Defendant - Appellee. | No. 06-15719<br>D.C. No. CV-03-01113-DFL<br><br><br>ORDER |

This appeal has been taken in good faith   [X]

This appeal is not taken in good faith   [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 5/11/2006