IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

        Plaintiff,                 No. 2:03-cv-1113 JAM JFM P

        vs.

SANDRA COLE,

        Defendant.           <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On April 4, 2009, plaintiff filed a motion for protective order, alleging that prison officials have confiscated his legal property and that without his legal materials he will be unable to file his pretrial statement as required by this court's February 11, 2009 order. Good cause appearing, IT IS HEREBY ORDERED that:

        1. No later than fifteen days from the date of this order, counsel for defendant shall inquire as to the status of plaintiff's access to his legal materials; and

        2. Within twenty days thereafter, defendant shall file an opposition, or other appropriate response, to plaintiff's motion for protective order. Plaintiff's reply, if any, shall be filed ten days thereafter.

DATED: May 4, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; fost1113.fb