1

2

3

4

5

6                          IN THE UNITED STATES DISTRICT COURT

7                        FOR THE EASTERN DISTRICT OF CALIFORNIA

8    RONALD FOSTER,

9              Plaintiff,                        No. 2:03-cv-1113 JAM JFM P

10        vs.

11   SANDRA COLE,[1]

12             Defendant.                        ORDER

13   _____/

14             Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil

15   rights action pursuant to 42 U.S.C. § 1983.  On May 28, 2009, plaintiff's motion for protective

16   order was granted and defendant was ordered to provide plaintiff with the four boxes of legal

17   materials that were confiscated from his cell on January 15, 2009.

18             On June 17, 2009, defendant filed a response, stating that on May 12, 2009,

19   Correctional Officer D. Tancredo issued plaintiff the eight boxes of property that were

20   confiscated from plaintiff's cell in January 2009.  Defendant asked the court to find plaintiff's

21   motion for protective order moot now that the property boxes have been returned.

22             On June 29, 2009, plaintiff filed a reply to defendant's response, confirming that

23   "some" of his legal materials had been received on May 12, 2009, but that Officer Tancredo only

24   issued plaintiff six boxes of property and not the eight boxes alleged in his declaration.

25   _____

26        [1] Sandra Cole is the sole remaining defendant in this action.  See March 29, 2006 Order
     and February 6, 2009 Opinion.

1

1    However, in this court's May 28, 2009 order, the court noted the following:

2    Plaintiff states he arrived at High Desert State Prison on November
3    25, 2008, with ten boxes of legal and personal property (8 boxes of
     legal materials and 2 boxes of personal property). (Pl.'s Decl. at
4    1.) Plaintiff broke down his property on November 27, 2008,
     which left him with 8 boxes. Two of the boxes containing legal
     material were for his two cases on appeal, and plaintiff marked
5    those boxes and they were stored in R&R until needed. The
     remaining [six] boxes were left in his possession. On January 15,
6    2009, six boxes of his legal and personal property were confiscated
     and inventoried by prison officials. Four of those boxes contained
7    legal material; all of his documents pertaining to the instant case
     were among those four boxes taken. (Pl.'s Decl. at 3.)

8

9    Id. at 3.

10   The court granted plaintiff's motion for protective order and directed defendant to

11   return the four boxes of legal materials that were confiscated from plaintiff's cell on January 15,

12   2009. Defendant's request that the court find that motion to be moot is denied. The record

13   reflects that Officer Tancredo returned eight boxes to plaintiff, and plaintiff concedes he received

14   six boxes of property. Plaintiff previously declared six boxes of property were confiscated on

15   January 15, 2009, only four of which contained legal materials. (May 20, 2009 Foster Decl. at

16   3.) Plaintiff was provided more boxes than this court ordered to be provided and at least as

17   many as plaintiff earlier stated were confiscated in January 2009. Thus, at this time, this court

18   will take no further action with regard to plaintiff's legal materials.

19   Accordingly, IT IS HEREBY ORDERED that defendant's June 17, 2009 request

20   to find plaintiff's motion for protective order moot is denied.

21   DATED: July 7, 2009.

22

23   UNITED STATES MAGISTRATE JUDGE

24

25   /001; fost1113.po2

26

2