IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

    Plaintiff,                    No. 2:03-cv-1113 JAM JFM (PC)

    vs.

SANDRA COLE,

    Defendant.                  <u>ORDER</u>

                             /

          Plaintiff has requested an extension of time to file a pretrial statement and a motion for assistance in retrieving his legal materials from prison officials. Plaintiff states he has been attempting to obtain two boxes of materials from Receiving and Release ("R&R") since June, to no avail. Plaintiff declares he has used prison procedures, i.e. inmate request and 602 appeal, and even had his sister call R&R to inquire about his property, without success. Plaintiff seeks an additional sixty days in which to file his pretrial statement.

          Since remand by the circuit, this is the second time plaintiff has had to seek court assistance to retrieve legal materials so that he may prosecute this action. Pretrial conference is presently set for November 20, 2009, and jury trial is set for March 8, 2010. Because this case was filed in 2003, any further delays will not be tolerated.

1    Accordingly, defendant will be directed to forthwith inquire as to the status of
2 plaintiff's access to his two boxes of legal materials stored at R&R and shall report to the court,
3 within twenty days from the date of this order, the status of plaintiff's access to that material.

4    IT IS HEREBY ORDERED that defendant is directed to forthwith inquire as to
5 the status of plaintiff's access to his two boxes of legal materials stored at R&R and shall report
6 to the court, within twenty days from the date of this order, the status of plaintiff's access to that
7 material. No extensions of time will be granted.

8 DATED: November 12, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; fost1113.fb2