IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD FOSTER,

     Plaintiff,                      No. 2:03-cv-1113 JAM JFM (PC)

   vs.

SANDRA COLE,                   ORDER AND REVISED

     Defendant.              SCHEDULING ORDER

_____/

        By order filed November 13, 2009, counsel for defendant was directed to inquire as to the status of plaintiff's access to his legal materials and report to the court, within 20 days, the status of his access to same. On December 2, 2009, defendant responded, confirming that plaintiff received the two boxes on November 25, 2009, and providing a receipt signed by plaintiff which states he has received all of his legal documents from High Desert State Prison.

        Defendant also noted, however, that prison records reflect that plaintiff failed to properly request access to the legal materials and reminded plaintiff that if requests for access to stored legal materials were ignored, his proper recourse was to file an inmate appeal form 602. Defendant confirmed that plaintiff had not filed a form 602 concerning denial of access to legal materials stored at R&R. Plaintiff is cautioned that in the future he will be required to demonstrate that he has availed himself of the procedures in place to obtain legal materials from prison officials prior to seeking relief from the court.

1

        Both parties have requested an extension of time to file pretrial statements.  Good cause appearing, their requests will be granted.  The pretrial conference and trial dates will also be continued.

        Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's October 27, 2009 motion for assistance in obtaining legal materials is denied as moot.

2. Plaintiff's October 27, 2009, motion for an extension of time is granted.

3. Defendant's November 12, 2009 motion for an extension of time is granted.

4. Plaintiff's pretrial statement shall be filed on or before January 15, 2010. Defendant's pretrial statement shall be filed on or before January 29, 2010.

5. The November 20, 2009 pretrial conference is continued to February 11, 2010, before the undersigned.  The pretrial conference shall be conducted on the file only, without appearance by either party.

6. The March 8, 2010 jury trial date is continued to June 21, 2010 at 9:30 a.m. in Courtroom #6 before the Honorable John A. Mendez.

DATED:  December 10, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/kly;001
fost1113.36