IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD P. FOSTER,

        Plaintiff,               No. 2:03-cv-1113 JAM JFM (PC)

    vs.

SANDRA COLE,

        Defendant.          <u>ORDER</u>

_____/

        On August 24, 2010, plaintiff filed a motion for reconsideration of the magistrate judge's order filed August 10, 2010, granting plaintiff's motion for an extension of time to file an appeal.  Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 10, 2010, is affirmed.

DATED: September 22, 2010.

                    /s/ John A. Mendez
                    UNITED STATES DISTRICT JUDGE

/fost1113.850